Arnold P. Peter (SBN: 120091)
    apeter@peterlawgroup.com
Juan Carlos Londono (SBN: 249450)
    clondono@peterlawgroup.com
Eyal Farahan (SBN: 314849)
    efarahan@peterlawgroup.com
**PETER LAW GROUP**
270 Coral Circle
El Segundo, CA 90245
T: (310) 432-0500
F: (310) 432-0599

Asher Hoffman, (SBN 346362)
    ah@asherhoffmanlaw.com
**LAW OFFICE OF ASHER HOFFMAN, APC**
4929 Wilshire Blvd, Suite 410,
Los Angeles, CA 90010
T: (323) 907-3811
F: (323) 784-7600

Attorneys for Plaintiff Q'orianka Kilcher

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Q'ORIANKA KILCHER, an individual,<br><br>                                    Plaintiff,<br><br>   v.<br><br>JAMES CAMERON, an individual; LIGHTSTORM ENTERTAINMENT, INC., a Delaware Corporation; TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware Corporation; THE WALT DISNEY COMPANY, a Delaware Corporation; AVATAR ALLIANCE FOUNDATION; STAN WINSTON STUDIOS, LLC, a California entity; GENTLE GIANT STUDIOS, INC., a California Corporation; WETA DIGITAL LIMITED, a New Zealand entity; INDUSTRIAL LIGHT & MAGIC, a division of Lucasfilm Ltd. LLC, a California entity; and DOES 1 through 25, inclusive,<br><br>                                    Defendants. | Case No. 2:26–cv–04832–WLH–DSR<br><br>HONORABLE WESLEY L. HSU<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO THE INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint filed: May 5, 2026<br>Complaint served: June 18, 2026<br>Current response date: July 9, 2026<br>New response date: August 10, 2026 |

**STIPULATION TO EXTEND TIME TO RESPOND TO THE INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

Pursuant to Local Rule 8-3, Plaintiff Q'Orianka Kilcher ("Plaintiff) and Defendant Gentle Giant Studios, Inc., a dissolved California corporation ("Gentle Giant") appearing herein pursuant to California Corporations Code Section 2010(a) by and through their undersigned counsel of record, hereby stipulate to continue the deadline for Gentle Giant to respond to Plaintiff's Complaint (DE 1) by 30 days.  The current response date is July 9, 2026, and the new response date is August 8, 2026, which is a Saturday, so the deadline extends until the next business day, which is August 10, 2026. Fed. R. Civ. P. 6(a)(1)(C).  Gentle Giant reserves all rights, including but not limited to challenging all claims against it and its ability to be sued in this action.

Dated:  July 16, 2026

By: /s/ Christina N. Goodrich

Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Connor J. Meggs (336159)
connor.meggs@klgates.com
10100 Santa Monica Boulevard, 8th Floor
Los Angeles, California 90067
Telephone:  +1 310.552.5000
Facsimile:  +1 310.552.5001

*Attorneys for Defendant Gentle Giant Studios, Inc., a dissolved California corporation*

By: /s/ Arnold P. Peter
*Attorneys for Plaintiff Q'Orianka Kilcher*

**STIPULATION TO EXTEND TIME TO RESPOND TO THE INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

**Filer's attestation**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Arnold P. Peter, attest that the other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


Dated: July 16, 2026              By: _____/s/ Arnold P. Peter_____

**STIPULATION TO EXTEND TIME TO RESPOND TO THE INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

## CERTIFICATE OF SERVICE

*Kilcher v Cameron, et al.*

*USDC Case No* 2:26-cv-04832-WLH-DSR

I hereby certify that on July 16, 2026, I electronically transmitted the following document described as **STIPULATION TO EXTEND TIME TO RESPOND TO THE INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** to the Clerk's Office of the United States District Court using the CM/ECF System for filing, and that the CM/ECF System will send a copy via electronic notice to all registered ECF participants.

/s/ Andrea Ramirez

CERTIFICATE OF SERVICE