**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Q'ORIANKA KILCHER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JAMES CAMERON, an individual; LIGHTSTORM ENTERTAINMENT, INC., a Delaware Corporation; TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware Corporation; THE WALT DISNEY COMPANY, a Delaware Corporation; AVATAR ALLIANCE FOUNDATION; INDUSTRIAL LIGHT & MAGIC; STAN WINSTON STUDIO, LLC; and DOES 1–10,<br><br>Defendants. | Case No. Case No.: 2:26-cv-04832 WLH (DSR)<br><br>**ORDER RE CONTINUANCE OF HEARING ON MOTION TO DISMISS AND SPECIAL MOTION TO STRIKE [43]** |

Having considered the parties' Stipulation and good cause appearing therefor, **IT IS HEREBY ORDERED t**hat:

1. The hearing on Defendants' Motion to Dismiss and Special Motion to Strike is continued from August 28, 2026 to September 18, 2026;
2. Plaintiff's opposition to the Motion to Dismiss shall be due on August 18, 2026; and
3. Defendants' reply in support of the Motion to Dismiss shall be due on September 4, 2026.
4. Nothing shall be construed as a waiver of, or otherwise affect, Defendants' right to argue that discovery is not warranted, permitted, or appropriate, and Defendants reserve all such arguments.

**IT IS SO ORDERED.**

Dated: August 25, 2026

HONORABLE WESLEY L. HSU
United States District Judge