Arnold P. Peter (SBN: 120091)
apeter@peterlawgroup.com
Juan Carlos Londono (SBN: 249450)
clondono@peterlawgroup.com
Eyal Farahan (SBN: 314849)
efarahan@peterlawgroup.com
PETER LAW GROUP
270 Coral Circle El Segundo, CA 90245
T: (310) 432-0500
F: (310) 432-0599

Asher Hoffman, (SBN 346362)
ah@asherhoffmanlaw.com
LAW OFFICE OF ASHER HOFFMAN, APC
4929 Wilshire Blvd, Suite 410,
Los Angeles, CA 90010
T: (323) 907-3811
F: (323) 784-7600

Attorneys for Plaintiff Q'orianka Kilcher

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

Q'ORIANKA KILCHER, an individual,

Plaintiff,

vs.

JAMES CAMERON, an individual, et al.,

Defendants.

Case No.: 2:26-cv-04832 WLH (DSR)

HONORABLE WESLEY L. HSU

**JOINT STIPULATION AND REQUEST FOR AN ORDER EXTENDING TIME TO RESPOND TO THE INITIAL COMPLAINT BY 28 DAYS**

Complaint filed: May 5, 2026
Complaint served: June 18, 2026
Current response date: September 24, 2026
New response date: October 22, 2026

Pursuant to Local Rule 7-1, Plaintiff Q'Orianka Kilcher ("Plaintiff") and Defendant Gentle Giant Studios, Inc., a dissolved California corporation ("Gentle Giant") appearing herein pursuant to California Corporations Code Section 2010(a), by and through their undersigned counsel of record, hereby stipulate and respectfully request an order extending the deadline for Gentle Giant to respond to Plaintiff's Complaint (DE 1) by twenty-eight (28) days. The current response date is September 24, 2026, and the new requested response date is October 22, 2026. Gentle Giant reserves all rights, including but not limited to challenging all claims against it and its ability to be sued in this action. Plaintiff and Gentle Giant make such stipulation and request with reference to the following facts:

WHEREAS, Gentle Giant's original deadline to respond to the Complaint was July 9, 2026;

WHEREAS, Plaintiff and Gentle Giant stipulated to extend the time for Gentle Giant to respond to the Complaint by no more than 30 days pursuant to Local Rule 8-3, which stipulation was filed on July 17, 2026 (DE 31);

WHEREAS, Plaintiff and Gentle Giant stipulated a second time to extend the time for Gentle Giant to respond to the Complaint by 45 days, which stipulations was filed on August 10, 2026 (DE 38);

WHEREAS, the Court granted the parties' stipulation on August 12, 2026, such that Gentle Giant's current response deadline is September 24, 2026 (DE 39);

WHEREAS, Plaintiff and Gentle Giant have met and conferred and agreed that, in the interests of judicial economy and providing the parties further time to investigate their respective claims and defense, there is good cause for a further extension of Gentle Giant's deadline to respond to the Complaint;

WHEREAS, Plaintiff and Gentle Giant agree that an extension of twenty-eight (28) days is appropriate given the existing case schedule, including the pending motions filed by the other defendants involved in the action;

WHEREAS, this extension will not otherwise delay the case or prejudice any party;

NOW THEREFORE, Plaintiff and Gentle Giant, by and through their respective counsel, hereby respectfully stipulate and request from this Court an order extending Gentle Giant's deadline to respond to the Complaint twenty-eight (28) days from the current deadline of September 24, 2026, to October 22, 2026.

IT IS SO STIPULATED.

Dated: September 15, 2026

By: */s/ Connor J. Meggs*

Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Connor J. Meggs (336159)
connor.meggs@klgates.com
**K&L GATES LLP**
10100 Santa Monica Boulevard, 8th Floor
Los Angeles, California 90067
Telephone: +1 310.552.5000
Facsimile: +1 310.552.5001

*Attorneys for Defendant Gentle Giant Studios, Inc., a dissolved California corporation*

By: */s/ Arnold P. Peter*

*Attorneys for Plaintiff Q'Orianka Kilcher*

**Filer's attestation**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Connor J. Meggs, attest that the other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 15, 2026 By: */s/ Connor J. Meggs*________