UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | 2:26-cv-04832-WLH-DSR | Date | September 18, 2026 |
|---|---|---|---|
| Title | Q'Orianka Kilcher v. James Cameron, et al., | | |

| Present: The Honorable | WESLEY L. HSU, United States District Judge |
|---|---|

| Claudia Garcia-Marquez | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
| Arnold P Peter<br>Asher Yonah Hoffman | Jordan Dentler Segall<br>Kelly M Klaus<br>Miranda E. Rehaut<br>Rose Leda Ehler |

**Proceedings:** **MOTION TO DISMISS PLAINTIFF'S FEDERAL LAW CLAIM [34], MOTION TO STRIKE PLAINTIFF'S STATE-LAW CLAIMS PURSUANT TO CALIFORNIA'S ANTI-SLAPP STATUTE [35] (Held and Completed)**

The matter is called and counsel state their appearances. The Court's Tentative Ruling is adopted as the Court's Final Ruling. For the reasons stated in the Tentative Ruling, the Motion to Dismiss is **GRANTED IN PART** and **DENIED IN PART**, with the remaining matters held in abeyance pursuant to the Court's order. Plaintiff may file an amended complaint by September 28, 2026. The Motion to Dismiss and Motion to Strike hearings are continued to November 13, 2026 at 1:30 p.m. The Scheduling Conference is continued to December 4, 2026 at 1:00 p.m.

-- : 15

Initials of Deputy Clerk cgm