KELLY M. KLAUS (State Bar No. 161091)
kelly.klaus@mto.com
JORDAN D. SEGALL (State Bar No. 281102)
jordan.segall@mto.com
ROSE LEDA EHLER (State Bar No. 296523)
rose.ehler@mto.com
MIRANDA E. REHAUT (State Bar No. 335748)
miranda.rehaut@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendants James Cameron, Lightstorm Entertainment, Inc., Twentieth Century Fox Film Corporation, The Walt Disney Company, Avatar Alliance Foundation, Industrial Light & Magic, and Stan Winston Studio, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Q'ORIANKA KILCHER,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES CAMERON, et al.,<br><br>Defendants. | Case No. 2:26-cv-04832-WLH-DSR<br><br>**STIPULATION AND [PROPOSED] ORDER RE: SECOND AMENDED COMPLAINT AND ADJUSTED BRIEFING SCHEDULE FOR PLEADINGS MOTIONS**<br><br>Judge: Hon. Wesley L. Hsu<br>Current Hrg. Date: November 13, 2026<br>New Hrg. Date: December 4, 2026 |

Plaintiff Q'orianka Kilcher ("Plaintiff") and Defendants James Cameron; Lightstorm Entertainment, Inc.; Twentieth Century Fox Film Corporation; The Walt Disney Company; Avatar Alliance Foundation; Industrial Light & Magic; and Stan Winston Studio, LLC ("Defendants"), by and through their respective counsel of record, hereby stipulate and respectfully request that the Court (1) grant Plaintiff leave to file a Second Amended Complaint; (2) extend the briefing schedule for Defendants' Motion to Dismiss and Motion to Strike to accommodate the amendment; and (3) continue the hearing on Defendants' motion to dismiss and motion to strike, currently scheduled for November 13, 2026 at 1:30 p.m., to December 4, 2026 or to such other date and time as is convenient for the Court.

Plaintiff and Defendants make this stipulation and request with reference to the following facts:

(a) On September 21, 2026, the Court granted in part and denied in part Defendants' motion to dismiss the Complaint, and granted Plaintiff leave to amend. Dkt. 52.

(b) On September 28, 2026, Plaintiff filed her First Amended Complaint ("FAC"). Dkt. 54.

(c) On October 7, 2026, Defendants' counsel sent Plaintiff's counsel a letter raising certain deficiencies with the FAC, including that the FAC (i) appeared to have been prepared with the use of artificial intelligence ("AI"), without the disclosure or verification of the same as required by this Court's Standing Order for Newly Assigned Civil Cases (2026-07-23 Rev.); and (ii) appeared to contain factual errors, including the attribution of quotations to sources that did not include the quoted material.

(d) On October 12, 2026, counsel for Plaintiff and Defendants met and conferred regarding the matters raised in Defendants' October 7, 2026 correspondence. Without admitting or conceding any of the assertions, characterizations, or alleged deficiencies identified in that correspondence,

Plaintiff's counsel requested leave to file a Second Amended Complaint ("SAC") in order to address the matters raised and to avoid unnecessary motion practice concerning the operative pleading.

(e) Counsel for the parties agreed that Plaintiff should be permitted to file a SAC by October 19, 2026, and that the current briefing deadlines and motion hearing date should be adjusted to accommodate the new pleading.

NOW, THEREFORE, the parties, by and through their respective counsel of record, hereby stipulate and agree, subject to the approval of the Court, as follows:

1. Plaintiff shall file her SAC on or before October 19, 2026.

2. Defendants shall file a further motion to dismiss (and, if necessary, a further motion to strike pursuant to the California anti-SLAPP statute) on or before November 2, 2026.

3. Plaintiff shall oppose the motion(s) on or before November 16, 2026.

4. Defendants shall file any reply brief(s) on or before November 23, 2026.

5. The hearing on Defendants' motion to dismiss and motion to strike shall be continued to December 4, 2026, or to such date and time as is convenient for the Court.

6. The Scheduling Conference, currently scheduled for December 4, 2026, shall be continued to January 8, 2027, or to such date and time as is convenient for the Court.

**IT IS SO STIPULATED.**

DATED: October 13, 2026

MUNGER, TOLLES & OLSON LLP

By: *s/ Kelly M. Klaus*
KELLY M. KLAUS
Attorneys for Defendants

DATED: October 13, 2026

PETER LAW GROUP

By: */s/ Arnold P. Peter*
ARNOLD P. PETER
Attorneys for Plaintiff

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Kelly M. Klaus, attest that the other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: October 13, 2026

MUNGER, TOLLES & OLSON LLP

By: *<u>/s/ Kelly M. Klaus</u>*

KELLY M. KLAUS

Attorneys for Defendants