UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Q'ORIANKA KILCHER, an individual,<br>Plaintiff,<br>*v.*<br>JAMES CAMERON, et al.,<br>Defendants. | Case No. 2:26-cv-04832-WLH-DSR<br>**ORDER RE: SECOND AMENDED COMPLAINT AND ADJUSTED BRIEFING SCHEDULE FOR PLEADINGS MOTIONS [58]** |

The Court is in receipt of the Joint Stipulation Re: Second Amended Complaint and Adjusted Briefing Schedule for Pleadings Motions ("Joint Stipulation," Dkt. No. 58). The Court, having considered the Joint Stipulation and finding good cause, hereby **GRANTS** the Stipulation and **ORDERS:**

1. Plaintiff shall file her SAC on or before October 19, 2026.

2. Defendants shall file a further motion to dismiss (and, if necessary, a further motion to strike pursuant to the California anti-SLAPP statute) on or before November 2, 2026.

3. Plaintiff shall oppose the motion(s) on or before November 16, 2026.

4. Defendants shall file any reply brief(s) on or before November 23, 2026.

5. The hearing on Defendants' motion to dismiss and motion to strike shall be continued to December 4, 2026.

6. The Scheduling Conference, currently scheduled for December 4, 2026, shall be continued to January 8, 2027.

**IT IS SO ORDERED.**

Dated: October 16, 2026

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE