UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Q'ORIANKA KILCHER, an individual,<br><br>Plaintiff,<br><br>*v.*<br><br>JAMES CAMERON, an individual; LIGHTSTORM ENTERTAINMENT, INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation; THE WALT DISNEY COMPANY, a Delaware corporation; AVATAR ALLIANCE FOUNDATION; STAN WINSTON STUDIOS, LLC, a California entity; GENTLE GIANT STUDIOS, INC., a California corporation; WETA DIGITAL LIMITED, a New Zealand entity; INDUSTRIAL LIGHT AND MAGIC, a division of Lucasfilm Ltd. LLC, a California entity; and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 2:26-cv-04832-WLH-DSR<br><br>**ORDER RE SECOND STIPULATION FOR SECOND AMENDED COMPLAINT & ADJUSTED BRIEFING SCHEDULE FOR PLEADINGS AND MOTIONS [61]** |

The Court is in receipt of the Parties' Second Stipulation re: Second Amended Complaint and Adjusted Briefing Schedule for Pleadings and Motions. ("Stipulation," Dkt. No. 61). The Court, having considered the Stipulation and finding good cause, hereby **ORDERS:**

1. Plaintiff Q'Orianka Kilcher's ("Plaintiff") Second Amended Complaint ("SAC") is deemed filed as of October 21, 2026.

2. Defendants shall file a motion to dismiss the SAC on or before November 9, 2026.

3. Plaintiff shall oppose the motion on or before November 23, 2026.

4. Defendants shall file any reply brief on or before December 4, 2026.

5. The hearing on Defendants' motion to dismiss the SAC, currently scheduled for December 4, 2026, shall be continued to December 18, 2026.

6. If the Court denies Defendants' motion to dismiss the SAC or retains supplemental jurisdiction over Plaintiff's state-law claims, the parties will provide a stipulated schedule for a motion to dismiss and/or strike under the anti-SLAPP statute Plaintiff's state-law claims.

7. The Scheduling Conference, currently scheduled for January 8, 2027, shall be continued to January 22, 2027.

**IT IS SO ORDERED.**

Dated: November 2, 2026

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE