Arnold P. Peter (SBN: 120091)
apeter@peterlawgroup.com
Juan Carlos Londono (SBN: 249450)
clondono@peterlawgroup.com
Eyal Farahan (SBN: 314849)
efarahan@peterlawgroup.com
PETER LAW GROUP
270 Coral Circle El Segundo, CA 90245
T: (310) 432-0500
F: (310) 432-0599

Asher Hoffman, (SBN 346362)
ah@asherhoffmanlaw.com
LAW OFFICE OF ASHER HOFFMAN, APC
4929 Wilshire Blvd, Suite 410,
Los Angeles, CA 90010
T: (323) 907-3811
F: (323) 784-7600

Attorneys for Plaintiff Q'orianka Kilcher

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Q'ORIANKA KILCHER, an individual,<br>Plaintiff,<br>vs.<br>JAMES CAMERON, an individual, et al.,<br>Defendants. | Case No.: 2:26-cv-04832 WLH (DSR)<br>HONORABLE WESLEY L. HSU<br>**JOINT STIPULATION AND REQUEST FOR AN ORDER EXTENDING GENTLE GIANT STUDIOS, INC.'S DEADLINE TO RESPOND TO THE COMPLAINT**<br>Complaint filed: May 5, 2026 |

Plaintiff Q'Orianka Kilcher ("Plaintiff") and Defendant Gentle Giant Studios, Inc., a dissolved California corporation ("Gentle Giant") (together, the "Parties") appearing herein pursuant to California Corporations Code Section 2010(a), by and through their undersigned counsel of record, hereby stipulate and respectfully request an order permitting Gentle Giant to respond to the Second Amended Complaint after the Court resolves its Co-Defendants' forthcoming motion to dismiss Plaintiff's Lanham Act claim. Gentle Giant reserves all rights, including but not limited to challenging all claims against it and its ability to be sued in this action. Plaintiff and Gentle Giant make such stipulation and request with reference to the following facts:

WHEREAS, Plaintiff was unable to file the Second Amended Complaint ("SAC") until October 21, 2026, due to a medical emergency involving her counsel;

WHEREAS, the Parties agree that Plaintiff's SAC should be deemed filed on October 21, 2026;

WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a)(3), Gentle Giant's current deadline to respond to the SAC is November 4, 2026;

WHEREAS, reference is made to that certain stipulation dated October 27, 2026 (DE 61) by and between Plaintiff, on the one hand, and Defendants James Cameron; Lightstorm Entertainment, Inc.; Twentieth Century Fox Film Corporation; The Walt Disney Company; Avatar Alliance Foundation; Industrial Light & Magic; and Stan Winston Studio, LLC (the "Co-Defendants") on the other hand (the "October 27 Stipulation");

WHEREAS, the October 27 Stipulation contemplates permitting the Co-Defendants to file a motion to dismiss Plaintiff's SAC, and more specifically, Plaintiff's Lanham Act claim, on a revised schedule;

WHEREAS, the October 27 Stipulation further contemplates permitting the Co-Defendants to file additional dispositive motions against the SAC's state law claims assuming that the Court denies the Co-Defendants' forthcoming motion to dismiss the

SAC or decides to retain supplement jurisdiction over Plaintiff's state law claims, and further requests the opportunity to set a briefing schedule for a renewed motion to dismiss and/or strike the state law claims pleaded in the SAC;

WHEREAS, Plaintiff's Lanham Act claim is not asserted against Gentle Giant and thus Gentle Giant presently has no intention to move to dismiss the same;

WHEREAS, Gentle Giant intends to file a Motion to Dismiss and/or a Motion to Strike in response to Plaintiff's SAC, but only as to those claims asserted against Gentle Giant (the state law claims);

WHEREAS, in the interest of judicial economy and to spare the parties the expense of duplicative briefing, the Parties agree that Gentle Giant's deadline to respond to the SAC should be extended until after the Court resolves the Co-Defendants' forthcoming motion to dismiss and determines whether it will extend supplemental jurisdiction over Plaintiff's state law claims, with briefing schedules to be later determined following resolution of the foregoing;

WHEREAS, the Parties further agree that Gentle Giant should be afforded an opportunity to file any motion in response to the SAC authorized by law, including, but not limited to, a motion to dismiss and/or strike under California's anti-SLAPP statute and that Gentle Giant has not waived the right to file any motion on any grounds in any state court action that may be filed against it by Plaintiff based on the same or similar facts;

NOW THEREFORE, Plaintiff and Gentle Giant, by and through their respective counsel, hereby respectfully stipulate and request that the Court enter an order extending Gentle Giant's deadline to respond to the Second Amended Complaint from November 4, 2026, to a later date to be stipulated by the Parties and set by the Court following the Court's resolution of the Co-Defendants' forthcoming motion to dismiss.

IT IS SO STIPULATED.

Dated: November 3, 2026

By: */s/ Connor J. Meggs*

Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Connor J. Meggs (336159)
connor.meggs@klgates.com
**K&L GATES LLP**
10100 Santa Monica Boulevard, 8th Floor
Los Angeles, California 90067
Telephone: +1 310.552.5000
Facsimile: +1 310.552.5001

*Attorneys for Defendant Gentle Giant Studios, Inc., a dissolved California corporation*

By: /s/ Arnold P. Peter
Arnold P. Peter

*Attorneys for Plaintiff Q'Orianka Kilcher*

**Filer's attestation**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Connor J. Meggs, attest that the other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 3, 2026 By: *___/s/ Connor J. Meggs__________*